Kimberlee A. Colbo
HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320

Attorneys for Defendant State Farm Mutual
   Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THERESA LYONS,<br><br>          Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>          Defendant. | Case No. _____<br><br><br><br><br><br>**NOTICE OF REMOVAL** |

TO: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

      This notice of defendant State Farm Mutual Automobile Insurance Company respectfully shows:

      1. That on the 6th day of February, 2009, an action was commenced in the Superior Court for the State of Alaska at Anchorage, entitled <u>Theresa Lyons v. John E. Longlet</u>, Case No. 3AN-09-4962 Civil. On February 12, 2009, plaintiff filed an Amended Complaint in the Superior Court for the State of Alaska at Anchorage, entitled

<u>Theresa Lyons v. John E. Longlet and State Farm Mutual Automobile Insurance Company</u>, Case No. 3AN-09-4962. Defendant John E. Longlet was dismissed with prejudice from the referenced action on March 27, 2009. Plaintiff is seeking damages in an amount greater than $100,000.

2. That this notice of removal is being filed pursuant to Title 28, United States Code § 1446(a) and (b) within one (1) year after commencement of the action and within thirty (30) days after receipt by defendant State Farm Mutual Automobile Insurance Company of the order dismissing John Longlet as a party, as a result of which this case became removable based on diversity jurisdiction.

3. Copies of all papers found by defendant State Farm Mutual Automobile Insurance Company in the file of the Superior Court for the State of Alaska, Third Judicial District, concerning this action are attached hereto in accordance with Title 28, United States Code § 1446(a):

| | |
|---|---|
| Exhibit 1 | Case Description – Superior Court, undated |
| Exhibit 2 | Counsel of Record form, undated |
| Exhibit 3 | Complaint dated February 6, 2009 |
| Exhibit 4 | Summons and Notice to Both Parties of Judicial Assignment dated February 6, 2009 |
| Exhibit 5 | Entry of Appearance filed by Defendant John E. Longlet dated February 10, 2009 |
| Exhibit 6 | Demand for Jury Trial filed by Defendant John E. Longlet dated February 10, 2009 |

Hughes Pfiffner Gorski
Seedorf & Odsen, LLC
Attorneys at Law
3900 C Street
Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
(907) 263-8320 Fax

| | |
|---|---|
| Exhibit 7 | Notice of Filing Plaintiff's First Amended Complaint dated February 12, 2009 |
| Exhibit 8 | Plaintiff's First Amended Complaint dated February 12, 2009 |
| Exhibit 9 | Supplemental Summons Issued to John E. Longlet and State Farm Mutual Automobile Insurance Company dated February 13, 2009 |
| Exhibit 10 | Initial Pretrial Order dated February 19, 2009 |
| Exhibit 11 | Civil Rule 4(F) Affidavit dated March 6, 2009 |
| Exhibit 12 | Entry of Appearance filed by Defendant State Farm Mutual Automobile Insurance Company dated March 16, 2009 |
| Exhibit 13 | Demand for Jury Trial filed by Defendant State Farm dated March 16, 2009 |
| Exhibit 14 | Answer to First Amended Complaint filed by Defendant State Farm dated March 16, 2009 |
| Exhibit 15 | Notice of Proposed Trial Dates and Expected Length of Trial dated March 19, 2009 |
| Exhibit 16 | Routine Pretrial Order dated March 20, 2009 |
| Exhibit 17 | Stipulation for Dismissal with Prejudice (as to defendant John Longlet) dated March 18, 2009; |
| Exhibit 18 | Final Order for Partial Dismissal with Prejudice (as to defendant John Longlet) dated March 26, 2009 and distributed March 27, 2009 |
| Exhibit 19 | Notice of Removal dated April 10, 2009 |

See Exhibits 1-19, attached.

Hughes Pfiffner Gorski
Seedorf & Odsen, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

4. This court has original jurisdiction of this action pursuant to Title 28, U.S.C. Section 1332(a), and this action may be removed to United States District Court pursuant to Title 28, U.S.C. Section 1441 and Section 1446(b), in that it is a civil action, the sum in controversy exceeds $75,000, exclusive of interest and costs, and complete diversity exists between the remaining parties to this lawsuit.

On information and belief, at the time this action was commenced, Plaintiff is a resident of Alaska as alleged in the Complaint and Amended Complaint.

At the time this action was commenced, defendant State Farm Mutual Automobile Insurance Company was, and is, a mutual insurance company organized under the laws of the State of Illinois, with its principal place of business in Bloomington, Illinois.

5. Defendant State Farm Mutual Automobile Insurance Company will pay all costs and disbursements incurred by reason of removal proceedings hereby brought should it be determined that this case is not removable or is improperly removed.

WHEREFORE defendant State Farm Mutual Automobile Insurance Company gives notice that this action formerly pending in the Superior Court for the State of Alaska, Third Judicial District is hereby removed to this court.

Hughes Pfiffner Gorski
Seedorf & Odsen, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

DATED at Anchorage, Alaska, this 10th day of April, 2009.

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC,
Attorneys for Defendant State Farm
Mutual Automobile Insurance Company

By: _____
Kimberlee A. Colbo
ABA No. 9211072
3900 C Street, Suite 1001
Anchorage, AK 99503
Telephone No: (907) 274-7522
Facsimile No: (907) 263-8320
Email: KAC@hpglaw.net

## VERIFICATION

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

Kimberlee A. Colbo, being first duly sworn, deposes and states that she is one of the attorneys for State Farm Mutual Automobile Insurance Company, defendant above named; that she knows the contents of this notice of removal and that the same are true and accurate to the best of her knowledge and belief; and that she voluntarily executed the foregoing notice of removal and was fully authorized to do so on behalf of State Farm Mutual Automobile Insurance Company.

_____
Kimberlee A. Colbo

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

SUBSCRIBED AND SWORN TO before me this 10th day of April, 2009.

*Patricia A. Bruce*
Notary Public in and for Alaska
My commission expires: 4-9-2011

I hereby certify that a true and correct copy
of the foregoing was served via mail
on the 10th day of April, 2009 on:

Dylan C. Buchholdt
Pentlarge Law Group
1400 West Benson Blvd., Suite 550
Anchorage, AK 99503

*Patricia Bruce*

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX