IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| THERESA LYONS, | |
|---|---|
| Plaintiff, | |
| vs. | Case No. 3:09-cv-00072-TMB |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

## **JUDGMENT OF DISMISSAL**

This matter having come before the court on the stipulation of the parties; and

The court being otherwise fully advised;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above referenced matter is hereby dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

DATED this 6th day of January, 2010.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE